**Opinion issued July 16, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-01135-CV

_____

## GENEVA W. COLBERT, Appellant

## V.

## PINNACLE ON WILCREST SENIOR COMMUNITY, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1120275**

## MEMORANDUM OPINION

Appellant, Geneva W. Colbert, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.